

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Agustin Calderon v. The State of Texas

Appellate case number:     01-18-00422-CR

Trial court case number:    15CR3346

Trial court:                        10th District Court of Galveston County

On February 12, 2019, we reinstated this appeal after the trial court made findings of fact and conclusions of law in conjunction with the denial of appellant's motion to suppress. Because he had filed his brief before the trial court made its findings of fact and conclusions of law, we notified appellant that he might file an amended brief or supplemental brief and directed him to notify the Clerk of this Court if did not intend to file an amended brief no later than March 14, 2019. Appellant has not filed an amended or supplemental brief or otherwise responded.

Accordingly, **no later than 10 days from the date of this order, appellant may file an amended or supplemental brief or is directed to notify the Clerk of this Court that he does not intend to file an amended or supplemental brief. If appellant does not file such notification or an amended or supplemental brief, the appeal will proceed on appellant's brief filed in this appeal on November 12, 2018**.

Appellee's brief will be due within 30 days of the date the appellant files an amended or supplemental brief or notifies the Clerk of this Court that he does not intend to file an amended brief. *See* TEX. R. APP. P. 38.6(b). If appellant does not respond or file an amended or supplemental brief, appellee's brief is due no later than 40 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd_____
                            ☑ Acting individually     ☐ Acting for the Court

Date: __April 2, 2019_____